[No. 3801-43623-1.   Division One.   December 6, 1976.]

In the Matter of the Estate of ALICE B. MURPHY.
SOLOMON MURPHY, *Appellant*, v. GALE A. RUSSELL,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. E-218059, Peter K. Steere, J., entered January 15, 1975. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Swanson and Callow, JJ.

[No. 3999-1.   Division One.   December 6, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. LYLE LEROY
ROGERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 72395, Erle W. Horswill, J., entered July 8, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4018-1.   Division One.   December 6, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. LYNN E. BURY,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 72442, Solie M. Ringold, J., entered August 1, 1975. *Dismissed* by unpublished per curiam opinion.

[No. 2051-2.   Division Two.   December 8, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDAL BAUSKA,
*Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 8579, John N. Skimas, J., entered August 26, 1975. *Reversed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.